UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 25cr10019 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| JAKE MILLER, | ) | Count One: Tax Evasion |
| | ) | (26 U.S.C. § 7201) |
| Defendant | ) | |

INFORMATION

At all times relevant to this Information:

General Allegations

1.     The defendant, JAKE MILLER, owned and operated Kostas Roofing ("Roofing"), a commercial and residential roofing business in Massachusetts.

2.     The Internal Revenue Service ("IRS") is an agency of the United States within the Department of the Treasury and is responsible for enforcing and administering the tax laws of the United States.

The Federal Tax Requirements

3.     Individual taxpayers generally are required to report each year to the IRS their income and attendant tax obligations on a Form 1040, U.S. Individual Income Tax Return.  The IRS uses Form 1040 to assess taxpayers' tax liability.

4.     Because Roofing was a sole proprietorship, its net income was taxable directly to MILLER.  MILLER was required to file a Form 1040 and report the business's income and expenses on Schedule C.

1

Income Tax Evasion

5.      MILLER used the alias "Paul Kostas" while conducting Roofing's business. Roofing's customers paid MILLER by check.

6.      During the tax years 2013 through 2021, Roofing's gross receipts were at least $1.6 million.

7.      Rather than depositing Roofing's gross receipts into one or more business bank accounts, MILLER diverted them to himself by cashing checks from customers and depositing the proceeds into his own personal bank accounts.

8.      MILLER's income net of expenses was sufficiently great in each of these years that he was required to file an income tax return.  However, MILLER willfully filed no income tax return for any of these tax years.

9.      By filing no tax return reflecting Roofing's gross receipts during these tax years, MILLER avoided reporting or paying over to the IRS the attendant tax due and owing of $449,329 for these tax years.

10.     The amounts of income tax that MILLER attempted to evade or defeat are summarized in the following table:

|  | Unreported Gross Receipts | Additional Tax Due |
|---|---|---|
| 2013 | $30,800 | $8,624 |
| 2014 | $101,350 | $28,378 |
| 2015 | $74,100 | $20,748 |
| 2016 | $25,500 | $7,140 |
| 2017 | $107,500 | $30,100 |
| 2018 | $372,700 | $104,356 |

3

| | | |
|---|---|---|
| 2019 | $462,100 | $129,388 |
| 2020 | $310,696 | $86,995 |
| 2021 | $120,000 | $33,600 |
| Totals | $1,604,746 | $449,329 |

## COUNT ONE
Tax Evasion
(26 U.S.C. § 7201)

The United States Attorney charges:

11.    The United States Attorney re-alleges and incorporates by reference paragraphs 1 through 10 of this Information.

12.    During the calendar year 2020, in the District of Massachusetts and elsewhere, the defendant,

JAKE MILLER,

willfully attempted in any manner to evade and defeat income tax due and owing by him to the United States of America for the calendar year 2019 by committing the following affirmative acts, among others: (a) conducting his business under an alias instead of his true name; (b) diverting the gross receipts of his business to himself by cashing checks from customers and depositing the proceeds into his personal bank accounts; and (c) not filing a U.S. Individual Income Tax Return, Form 1040 with the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7201.

JOSHUA S. LEVY
United States Attorney

By:  DAVID M. HOLCOMB
Assistant U.S. Attorney

Date: January 16, 2025